OFFICE OF THE CLERK

PATRICIA S. DODSZUWEIT

CLERK

UNITED STATES COURT OF APPEALS
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA 19106-1790
Website: www.ca3.uscourts.gov

TELEPHONE
215-597-2995



January 12, 2024

Allie J. Hallmark, Esq.
Laura S. Irwin, Esq.
Sufia M. Khalid, Esq.
Catherine McDonald, Esq.
Jeffrey M. Smith, Esq.
Charles D. Swift, Esq.

RE: USA v. Khaled Miah
Case Number: 22-2983
District Court Case Number: 2-21-cr-00110-001

Dear Counsel:

The above-entitled case has been listed for **at the convenience to the Court.**

At the time that the Court schedules a disposition date, the panel will determine whether there will be oral argument and if so, the amount of time allocated for each side. (See Third Circuit Internal Operating Procedures, Chapter 2.1.) Approximately 18 calendar days prior to the disposition date you will be advised whether oral argument will be required, the amount of time allocated by the panel, and the specific date on which argument will be scheduled.

Very truly yours,

PATRICIA S. DODSZUWEIT
Clerk

By:
Patrick A. McCauley, Jr.,
Calendar Clerk
267-299-4932