UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT


No. 22-2983


UNITED STATES OF AMERICA

v.

KHALED MIAH,
Appellant

(W.D. Pa. No. 2-21-cr-00110-001)

Present:  CHAGARES, Chief Judge, RESTREPO and FREEMAN, Circuit Judges

1. Counsel's Notice of Inability to Respond on Behalf of Appellant to
   Government's Motion and Request to Appoint Separate Counsel for Limited
   Question, and Motion to Extend Time to Seek En Banc Review or Rehearing
   in the Event the Court Grants Government's Motion

                                            Respectfully,
                                            Clerk/tmm
_____ORDER_____
        IT IS HEREBY ORDERED that Miah's request to have separate counsel
appointed is denied. Miah's motion to extend time to seek en banc review or rehearing is
hereby granted. The petition will be due 21 days after the panel's opinion is published as
precedential.



                                            By the Court,

                                            s/L. Felipe Restrepo
                                            Circuit Judge

Dated: October 18, 2024
CJG/cc:      Laura S. Irwin, Esq.
             Jeffrey M. Smith, Esq.
             Allie J. Hallmark, Esq.
             Sufia M. Khalid, Esq.
             Charles D. Swift, Esq.